UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
HARTFORD FIRE INSURANCE COMPANY a/s/o :
Susan Mittenthal, : Case No.___ Civ. _____ (   )
:
Plaintiff, :
:
-against- : **RULE 7.1 STATEMENT**
:
:
WESTCHESTER GENERAL CONTRACTING, INC. :
:
Defendant. :
:
------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hartford Fire Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: The Hartford Financial Services Group, Inc.

Dated: New York, New York
       May 7, 2008

ROBINSON & COLE LLP

BY: _____
MICHAEL B. GOLDEN (MG- 0633)
Attorneys for Plaintiff
885 Third Avenue, Suite 2800
New York, New York 10022
212-451-2900

NEWY1-636717-1