FROM THOMAS J. ROMANS, ESQ.                    (WED) JUL  9 2008 10:23/ST. 10:22/No. 7600000757 P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JEFFREY A. FELDMAN and PRIMARY
SUCCESSION CAPITAL, LLC,

                Plaintiffs,

-against-

CONCORD EQUITY PARTNERS, LLC, POUYA
TOOBIAN, SCOTT SCHULTE and JOHN
MALINDRETOS,

                Defendants.
-------------------------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER**

08 CIV 4409 (Brieant, J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, by their respective counsel, that defendants' time to answer, move or otherwise appear in response to plaintiff's Complaint in this action is extended through August 22, 2008.

Dated: June 30, 2008

LAW OFFICES THOMAS J. ROMANS, ESQ.

By: _____
Thomas J. Romans
*Attorney for Plaintiff*
Landmark Building
27 Warren Street – (Suite 103)
Hackensack, New Jersey 07601-5412
(212) 825-1212

Dated: July 9, 2008

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Matthew F. Didora
*Attorney for Defendants*
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600

SO ORDERED:

_____
Charles L. Brieant
United States District Judge

DATED: White Plains NY
July 14, 2008

:424688\1