UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY A. FELDMAN and PRIMARY SUCCESSION
CAPITAL, LLC,

                Plaintiffs,         **RULE 7.1 STATEMENT**

    -against-         08 CIV 4409 (Seibel, J.)

CONCORD EQUITY PARTNERS, LLC, POUYA
TOOBIAN, SCOTT SCHULTE and JOHN
MALINDRETOS,

                Defendants.
------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Concord Equity Partners, LLC makes the following statement: Concord Equity Partners, LLC has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

Dated:  Uniondale, New York
          August 22, 2008

                                    RUSKIN MOSCOU FALTISCHEK, P.C.
                                    *Attorney for Defendants*

                                    By: _____
                                    Matthew F. Didora
                                    Douglas J. Good
                                    East Tower, 15th Floor
                                    1425 RexCorp Plaza
                                    Uniondale, New York 11556-1425
                                    (516) 663-6600

To:    Thomas J. Romans, Esq.
        Landmark Building
        27 Warren Street (Suite 103)
        Hackensack, New Jersey 07601-5412